ALICE W. ADAMS *vs.* TOBIAS BURKE.

PROVIDENCE—DECEMBER 30, 1898.

PRESENT: Matteson, C. J., Stiness and Tillinghast, JJ.

(1) *Lessor and Lessee. Assignment of Lease. Covenant to pay Rent.*

A mere assignment of a lease by a lessee and acceptance of rent by the lessor from the assignee do not preclude the lessor from maintaining an action against the lessee on his covenant to pay rent.

COVENANT by lessor against lessee for rent due under a written lease which had been assigned by the lessee, the lessor having accepted certain of the rent from the assignee. Heard on defendant's petition for a new trial.

(1)    PER CURIAM. The testimony fails to show, as claimed by the defendant, that the plaintiff was notified of the assignment of the lease and accepted the assignee as lessee in place of the defendant. The law is well settled that a mere assignment of a lease and an acceptance of rent by the lessor from the lessee do not preclude the lessor from maintaining an action of covenant against the lessee on his covenant for the payment of rent. *Almy* v. *Greene*, 13 R. I. 350 ; *Fletcher* v. *McFarlane*, 12 Mass. 43 ; *Wall* v. *Hinds*, 4 Gray, 256 ; *Auriol* v. *Mills*, 4 Durn. & E. (Term Rep.) 94. The direction of the Common Pleas Division to return a verdict for the plaintiff was correct.

Defendant's petition for new trial denied and dismissed, and case remitted to the Common Pleas Division with direction to enter judgment on the verdict.

*John E. Canning*, for plaintiff.

*John W. Hogan*, for defendant.